UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY WAYNE MCGHEE, JR.,<br><br>Defendant. | 3:24-CR-30074-ECS<br><br>SENTENCING<br>SCHEDULING ORDER |

    Defendant Kelly Wayne McGhee, Jr. appeared before Magistrate Judge Mark Moreno for a change of plea hearing on January 15, 2025. Judge Moreno issued a Report and Recommendation recommending that the Court accept Defendant's plea of guilty to Count 1 as alleged in the Indictment. For good cause, it is hereby

    ORDERED that this Court adopts the Report and Recommendation, Doc. 19, the plea of guilty is accepted, and Defendant is adjudged guilty of Count 1 as alleged in the Indictment. It is further

    ORDERED that the draft presentence report shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event by **March 3, 2025.** It is further

    ORDERED that any objection to the presentence report and notice of intent to seek a departure by either the Government or the Defendant shall be filed by counsel in CM/ECF using the Objections to Presentence Report event by **March 17, 2025.** If counsel has no objections to

the presentence report, counsel should indicate such by using the Notice of No Objections to Presentence Report event. It is further

ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event by **March 31, 2025**. All letters of support shall be legibly scanned as one document and not scanned as separate documents. It is further

ORDERED that the final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event by **March 31, 2025**. An addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on those objections shall also be filed in CM/ECF using the Addendum to Final Presentence Report event. It is further

ORDERED that any Sentencing Memorandum and Motion for Departure or Variance shall be filed in CM/ECF by **April 7, 2025**. It is further

ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Monday, April 14, 2025 at 1:00 P.M.**, in the Courtroom of the U.S. Courthouse in Pierre South Dakota.

DATED this 16th day of January, 2025.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE